U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 1 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RONALD LEE** | : | **DOCKET NO. 04-770** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **PPG INDUSTRIES, INC. ND QUALITY CARRIERS, INC.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment

(doc. #64) filed by Cytec Industries, Inc is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of

June, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE